# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shyleen Ramos,<br><br>                     Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank, N.A.,<br><br>                     Defendant. | CASE NO. 2:24-CV-06842-PA-AJR<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Based upon the Parties' Joint Motion for Dismissal, and good cause appearing, the Court hereby orders this action dismissed with prejudice. Each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: May 28, 2026          _____

                                     PERCY ANDERSON
                             UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER                              1